**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------X
TAWANNA ROBERTS, individually       :
 and on behalf of                                   :
all others similarly situated,              :         Case No.: 1:17-cv-09452

                                                            :

                                 Plaintiff,          :
v.                                                         :
                                                            :         **NOTICE OF VOLUNTARY**
                                                            :         **DISMISSAL WITH PREJUDICE**
                                                            :
STARZ ENTERTAINMENT, LLC          :
                                                            :
                                 Defendant.       :
                                                            :
--------------------------------------------------------X

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff

Tawanna Roberts ("Plaintiff") hereby provides notice that all claims asserted by Plaintiff

individually against Starz in this action are dismissed with prejudice, with each party to bear

their own costs and fees.


Dated:  January 30, 2018                          Respectfully submitted,


                                                            */s/ Todd Garber*
                                                            Todd Garber
                                                            FINKELSTEIN, BLANKINSHIP,
                                                            FREI-PEARSON & GARBER LLP
                                                            445 Hamilton Ave
                                                            White Plains, NY 10601
                                                            Telephone: (914) 298-3281
                                                            tgarber@fbfglaw.com


                                                            *Counsel for Plaintiff*


1